PROB 12C
(6/16)

Report Date: August 21, 2019

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Wayne Gilbert | Case Number: 0980 2:18CR00133-RMP-4 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 22, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 174 Days; TSR - 4 Years | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: | February 4, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | February 3, 2023 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Gilbert is alleged to have violated mandatory condition number 3 by ingesting methamphetamine and heroin on or about July 15, 2019, based on laboratory testing and his admission of such use, and by ingesting morphine on or about August 7, 2019, based on laboratory testing. |
| | On February 5, 2019, Mr. David Gilbert signed his conditions relative to case number 2:18CR00133-RMP-4, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Gilbert was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances. |
| | On July 15, 2019, the undersigned officer received notification from Pioneer Human Services that the client had failed to appear for random urinalysis testing with the contract provider on July 12, 2019. On July 15, 2019, Mr. Gilbert was contacted and directed to report for urinalysis testing. Mr. Gilbert reported as directed on the day in question, but admitted he was "not doing well." The client further admitted to using both |

Prob12C
Re: Gilbert, David Wayne
**August 21, 2019**
Page 2

methamphetamine and heroin on or about July 14, 2019, following a verbal argument with his child's mother. Mr. Gilbert subsequently submitted to urinalysis testing, the result of which was presumptive positive for amphetamine, methamphetamine, and morphine, consistent with the client's admitted use of methamphetamine and heroin. The client did sign a drug use admission form documenting his use of the aforementioned substances.

On August 7, 2019, the undersigned officer again received notification from Pioneer Human Services that the client had failed to report for random urinalysis testing with the provider on August 6, 2019, and the client was again contacted and directed to report to the U.S. Probation Office. Mr. Gilbert subsequently reported as directed on the day in question and did submit to urinalysis testing, the result of which was presumptive positive for morphine. The client denied any use of any illicit substance and signed a drug use denial form documenting as such.

On August 14, 2019, the undersigned officer received the result from the contract laboratory in which it was confirmed the sample provided by the client at the U.S. Probation Office on August 7, 2019, was in fact confirmed positive for morphine. On August 20, 2019, after continued difficulty in contacting the client, the client reported as directed and again denied any use of any illicit substance, indicating he was unsure as to how the substance could have entered his system.

2      **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Gilbert is alleged to have violated standard condition number 13 by failing to report as directed on August 16, 2019.

On February 5, 2019, Mr. David Gilbert signed his conditions relative to case number 2:18CR00133-RMP-4, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Gilbert was made aware by his U.S. probation officer that he was required to follow all instructions of the probation officer related to his conditions of supervised release.

Specifically, on August 15, 2019, the client was a left a voice mail directing him to report to the U.S. Probation Office in Spokane, on August 16, 2019, before 12 p.m. In addition, on August 15, 2019, at 7:43 p.m., the undersigned officer was able to correspond with the client's sponsor, who was advised of the undersigned officer's need to meet with the client and further inquiring if she knew when he would be reporting as directed and required, at which time she advised she would notify the client and then let this officer know.

Mr. Gilbert subsequently failed to report as directed by 12 p.m. on August 16, 2019. At 1:45 p.m. the undersigned officer sent a text message and left a voice mail noting the client's apparent wilful failure to report as directed and he was again provided a directive through these channels to report on the day in question by 5 p.m. The client again failed to report as required.

On August 19, 2019, the undersigned officer received a text message from the client, who later committed to reporting as directed on August 20, 2019, at 8 a.m. On August 20, 2019, the client did report as directed and indicated he had been ill since Thursday. The client admitted he was not consistently checking his cell phone and was therefore not made aware of this officer's previous directives.

Prob12C
Re: Gilbert, David Wayne
**August 21, 2019**
Page 3

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 21, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/21/2019
Date