PROB 12C
(6/16)

Report Date: January 15, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: David Wayne Gilbert | Case Number: 0980 2:18CR00133-RMP-4 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Washington 99301 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 22, 2019

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 174 days; TSR - 48 days | Type of Supervision: Supervised Release |
| Revocation Sentence: 9/30/2019 | Prison - 2 months; TSR - 58 months | |
| Amended Revocation Judgement: 10/01/2019 | Prison - Credit for time served (31 days) TSR - 58 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: October 11, 2019 |
| Defense Attorney: | Molly Winston | Date Supervision Expires: August 10, 2024 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: The offender is considered to be in violation of his conditions of supervised release by moving from his residence without providing prior notification, on or prior to January 13, 2021. |

Prob12C
**Re: Gilbert, David Wayne**
**January 15, 2021**
**Page 2**

On December 2, 2019, the offender signed his Judgement in a Criminal Case acknowledging he understood he needed to provide 10 days notice prior to changing his residence.

On January 5, 2021, information was obtained from the offender's father, sister, and girlfriend stating the offender had left his residence on December 26, 2020, and had not returned home. The offender was living with his girlfriend in Pasco, Washington, at the time. Each noted they were trying to locate the offender in the Spokane area as they felt he had relapsed.

On January 7, 2021, the offender called this officer and advised he was back in Pasco with his girlfriend. The offender was directed to report to the federal building in Richland, Washington, on January 8, 2021.

On January 8, 2021, the offender reported as directed and confirmed he would be residing with his girlfriend in Pasco. The offender was advised that if he needed to move he was to contact this officer immediately and advise where he would be going to so we could remain in contact.

On January 13, 2021, the offender's girlfriend advised he left the residence and did not return home. She checked the parking lot for his car and it was gone. The offender had provided his girlfriend with the keys to his car as a support measure. His girlfriend noted he must have had a second set of keys. The offender does not have a working phone at this time and he has not contacted this officer to advise of his change in address. The defendant's whereabouts are currently unknown.

2    **Special Condition # 7**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The offender is considered to be in violation of his conditions of supervised release by failing to report for his chemical dependency assessment as directed.

On December 2, 2019, the offender signed his Judgement in a Criminal Case acknowledging he understood he must undergo a substance abuse evaluation as directed.

On January 8, 2021, the offender met with this officer at the federal building in Richland, Washington, and signed his Treatment Services Contract Program Plan, acknowledging he understood he was to contact Merit Resource Services in Kennewick, Washington, no later than January 11, 2021, to obtain an assessment date.

On January 11, 2021, the offender contacted Merit and was directed to call back on January 12, 2021, to complete his assessment. The offender failed to contact Merit as directed and has not completed his chemical dependency assessment.

Prob12C
**Re: Gilbert, David Wayne**
**January 15, 2021**
**Page 3**

3     **Special Condition # 9:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

       **Supporting Evidence**: The offender is considered to be in violation of his conditions of supervised release by using methamphetamine and heroin, on or prior to, January 5, 2021.

       On December 2, 2019, the offender signed his Judgement in a Criminal Case acknowledging he understood he was to abstain from the use of illegal controlled substances.

       On January 8, 2021, the offender met with this officer at the federal building in Richland, Washington, and signed an Admission/Denial Report stating last used methamphetamine and heroin on January 5, 2021.

       The offender stated he started to have a "craving" to use heroin and methamphetamine after receiving his pay check at the end of December 2020. After picking up his check he drove to Spokane, contacted some individuals he knew could provide the substances, and began to use heroin and methamphetamine for several days. After family attempted to contact him, he decided to return to Pasco where he had been residing with his girlfriend. The offender stated he would be residing in Pasco with his girlfriend as he wanted to address his addictions and relapse.

4     **Special Condition # 9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

       **Supporting Evidence**: The offender is considered to be in violation of his conditions of supervised release by failing to report for random drug testing on January 13, 2021

       On December 2, 2019, the offender signed his Judgement in a Criminal Case acknowledging he understood he must submit to urinalysis testing as directed.

       On January 8, 2021, the offender met with this officer at the federal building in Richland, Washington, and signed his Treatment Services Contract Program Plan, acknowledging he understood he was to call Merit Resource Services, Monday through Friday and report for random drug testing when the color Brown was noted. On January 13, 2021, the color Brown was called but the offender did not report for testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Gilbert, David Wayne**
**January 15, 2021**
Page 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 15, 2021

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

1/15/2021

Date